In re: Robert B. BEAUCHAMP
Debtor.

Robert B. Beauchamp, Appellant,

v.

Clinton M. Hoose, Jr., Appellee.

No. 99–56830.
BAP No. CC–98–01373–BKMe.

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2001.*

Decided March 12, 2001.

Before ALARCÓN, BRUNETTI, and HAWKINS, Circuit Judges.

MEMORANDUM **

The judgment of the Bankruptcy Appellate Panel is affirmed for the reasons set forth in its opinion filed on July 30, 1999, reported at 236 B.R. 727 (9th Cir. BAP1999).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Federal Rules of Appellate Procedure 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.